UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CASE NO. MJ 17-037 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) DETENTION ORDER |
| ROBERT HAROLD SMITH, | ) |
| | ) |
| Defendant. | ) |

<u>Offense charged</u>:    Felon in Possession of a Firearm

<u>Date of Detention Hearing</u>:   March 14, 2017.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.     Defendant's past criminal history includes a number of felony charges, including firearms charges, failures to appear with bench warrant activity, burglary, bail jumping, and

DETENTION ORDER
PAGE -1

drug charges. Defendant was convicted of possession of body armor and possession of a stolen firearm in 2007 in this District, being sentenced to 96 months in custody followed by 3 years supervised release. His U.S. Probation officer reports that he was non-compliant while on supervised release. Defendant incurred three violations of the conditions of supervision while serving his term of supervised release. Defendant has a pending Malicious Mischief 3rd Degree charge in Lakewood, Washington arising from an incident on November 8, 2016, for which he has also incurred a failure to appear.

    2.    Defendant poses a risk of nonappearance due to a history of failing to appear, history of controlled substance use, lack of employment and pending charged, as well as non-compliance while on supervised release in this District. Defendant poses a risk of danger due to criminal history, controlled substance use issues, noncompliance on supervision, and the nature and circumstances of the instant offense.

    3.    There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person

DETENTION ORDER
PAGE -2

in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 14th day of March, 2017.

_____
Mary Alice Theiler
United States Magistrate Judge